| IES ELEVATOR GROUP CORP - 26-01519-ESL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit A - Chart of Claims | | | | | | | | |
| **Creditor** | **POC #** | **Total Claim** | **Class In Plan** | **Collateral** | **Secured** | **Priority** | **Unsecured** | **Additional Comments** |
| xxxxxxxx | 1 | $ 1.00 | Class 2 | | $ - | $ - | $ 1.00 | |
| DEPARTMENT OF TREASURY | 2 | $ 42,159.40 | Class 1 and 2 | | $ 9,001.07 | $ 21,757.90 | $ 11,400.43 | |
| DEPARTMENT OF TREASURY | 3 | $ - | Class 2 | | $ - | $ - | $ - | |
| BANCO POPULAR DE PUERTO RICO | 4 | $ 29,737.97 | Class 2 | | $ - | $ - | $ 29,737.97 | |
| BANCO POPULAR DE PUERTO RICO | 5 | $ 1,892.66 | Class 2 | | | $ - | $ 1,892.66 | |
| BANCO POPULAR DE PUERTO RICO | 6 | $ 3,137.29 | Class 2 | | $ - | $ - | $ 3,137.29 | |
| BANCO POPULAR DE PUERTO RICO | 7 | $ 12,139.15 | Class 2 | | $ - | $ - | $ 12,139.15 | |
| AMERICAN EXPRESS | 8 | $ 5,219.49 | Class 2 | | $ - | $ - | $ 5,219.49 | |
| FEDERICO ALBANDOZ BETANCOURT | 9 | $ 14,247.50 | Class 2 | | $ - | $ 3,800.00 | $ 10,447.50 | |
| FIRST DATE MERCHANT SERVICE | 10 | $ 6,610.26 | Class 2 | | $ - | $ - | $ 6,610.26 | |
| INTERNAL REVENUE SERVICE | Scheduled | $ 12,926.70 | | | $ - | $ 12,926.70 | $ - | |
| ASMAR ENERGY PETROLEUM, INC | Scheduled | $ 1,663.15 | Class 2 | | | | $ 1,663.15 | |
| CABP-SALVAESCALERAS | Scheduled | $ 28,172.00 | Class 2 | | | | $ 28,172.00 | |
| CORPORACION FONDO DEL SEGURO DEL ESTADO | Scheduled | $ 906.00 | Class 2 | | | | $ 906.00 | |
| ELENA PURRINOS | Scheduled | $ 9,370.00 | Class 2 | | | | $ 9,370.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FAUSTINO TORRES | Scheduled | $ 9,855.00 | Class 2 | | | | $ 9,855.00 | |
| FULGENCIO RODRIGUEZ | Scheduled | $ 9,797.50 | Class 2 | | | | $ 9,797.50 | |
| GLORIA DURAN | Scheduled | $ 12,375.00 | Class 2 | | | | $ 12,375.00 | |
| HARMAR MOBILITY LLC | Scheduled | $ 121,465.98 | Class 2 | | | | $ 121,465.98 | |
| LUIS A. RIVERA | Scheduled | $ 25,000.00 | Class 2 | | | | $ 25,000.00 | |
| LUIS DANIEL SOTO | Scheduled | $ 7,500.00 | Class 2 | | | | $ 7,500.00 | |
| MCKENZIE CAPITAL | Scheduled | $ 142,444.95 | Class 2 | | | | $ 142,444.95 | |
| MIGUEL FUERTES | Scheduled | $ 10,950.00 | Class 2 | | | | $ 10,950.00 | |
| MUNICIPIO AUTONOMO DE CAROLINA | Scheduled | $ 6,250.00 | Class 2 | | | | $ 6,250.00 | |
| SYNCHRONY | Scheduled | $ 196,930.00 | Class 2 | | | | $ 196,930.00 | |
| TOMAS RAMIREZ | Scheduled | $ 12,000.00 | Class 2 | | | | $ 12,000.00 | |
| UPS SUPPLY CHAIN SOLUTION | Scheduled | $ 1,094.00 | Class 2 | | | | $ 1,094.00 | |
| VICTOR ARCELAY | Scheduled | $ 9,597.00 | Class 2 | | | | $ 9,597.00 | |
| WILFREDO HERNADEZ | Scheduled | $ 17,747.50 | Class 2 | | | | $ 17,747.50 | |
| WURTEC | Scheduled | $ 46,782.04 | Class 2 | | | | $ 46,782.04 | |
| **Totals** | | **$ 797,971.54** | | **$ -** | **$ 9,001.07** | **$ 38,484.60** | **$ 750,485.87** | |