**Exhibit B - Liquidation Value Analysis**
**Case No. 26-01519**
**IES ELEVATOR GROUP CORP**

| Real Property | | Market Value | Forced Sale Value (70.00%) | Liens | Net Equity | Debtor's % Interest | Net Equity to Estate | Sect. 522 Used | Exemption Amount Claimed | Equity Avail. For Admin. | Administrative Expense at 5.5% | Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $ - | $ - | | $ - | 100% | $ - | | $ - | $ - | $ - | $ - |
| 2 | | $ - | $ - | | $ - | 100% | $ - | | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| **Personal Property** | | **Value** | **Forced Sale Value (60.00%)** | **Liens** | **Net Equity** | **Debtor's % Ownership Interest** | **Net Equity to Estate** | **Exemption Being Used** | **Exemption Amount Claimed** | **Non Exempt Equity** | **Administrative Expense at 10.0%** | **Liquidation Value** |
| 1 | Cash and cash equivalents | $ 6,356.71 | $ 3,814.03 | | $ 3,814.03 | 100% | $ 3,814.03 | N/A | $ - | $ 3,814.03 | $ 381.40 | $ 3,432.62 |
| 2 | Accounts Receivable | $ 15,000.00 | $ 9,000.00 | | $ 9,000.00 | 100% | $ 9,000.00 | N/A | $ - | $ 9,000.00 | | $ 9,000.00 |
| 3 | Office equipment | $ 3,100.00 | $ 1,860.00 | | $ 1,860.00 | 100% | $ 1,860.00 | N/A | $ - | $ 1,860.00 | $ 186.00 | $ 1,674.00 |
| 4 | 2025 Tax Refuns | $ 3,653.00 | $ 2,191.80 | | $ 2,191.80 | 100% | $ 2,191.80 | N/A | $ - | $ 2,191.80 | $ 219.18 | $ 1,972.62 |
| | | | | | | | | | | | | |
| **Case Liquidation Value** | | | | | | | | | | | | **$ 16,079.24** |
| | Chapter 11 Trustee's Liquidating Fees | | | | | | | | | | | $ 2,357.92 |
| | Net Liquidation Value to Estate | | | | | | | | | | | $ 13,721.32 |
| | | | | | | | | | | | | |
| | Administrative Expenses: | | | | | | | | | | | |
| | Professionals | | | | | | | | | | 18,500.00 | |
| | Adequate Assurance Payments | | | | | | | | | | 0.00 | |
| | Priority Claims | | | | | | | | | | 38,484.60 | |
| | Total Admin. and Priority Claims and Expenses | | | | | | | | | | | 56,984.60 |
| | | | | | | | | | | | | |
| | Available for General Unsecured Creditors | | | | | | | | | | | **-43,263.28** |