**IES ELEVATOR GROUP CORP - 26-01519-ESL**

| 2026 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Gross Operating Income. | | | | | | | | | | | $41,300.00 | $41,300.00 |
| **Total Business Income** | | | | | | | | | | | **$41,300.00** | **$41,300.00** |
| **Business Expenses** | | | | | | | | | | | | |
| Professional Services | | | | | | | | | | | $12,900.00 | $12,900.00 |
| Payroll | | | | | | | | | | | $8,000.00 | $8,000.00 |
| Office and Supplies Expenses | | | | | | | | | | | $12,400.00 | $12,400.00 |
| Rent | | | | | | | | | | | $1,400.00 | $1,400.00 |
| Marketing | | | | | | | | | | | $1,350.00 | $1,350.00 |
| Other Expenses | | | | | | | | | | | $3,700.00 | $3,700.00 |
| **Total Business Expenses** | | | | | | | | | | | $39,750.00 | $39,750.00 |
| **Net Monthly Income** | | | | | | | | | | | **$1,550.00** | **$1,550.00** |
| **Plan Payments** | | | | | | | | | | | | |
| Priority Claim - IRS | | | | | | | | | | | $243.90 | $243.90 |
| Priority Claim - Hacienda | | | | | | | | | | | $410.53 | $410.53 |
| Priority Claim - Albandoz | | | | | | | | | | | $71.70 | $71.70 |
| Class 1 - Hacienda | | | | | | | | | | | | |
| Class 2 - General Unsecured Claims | | | | | | | | | | | $333.33 | $333.33 |
| Administrative / Professional Fees | | | | | | | | | | | $0.00 | $0.00 |
| **Total Monthly Plan Payments** | | | | | | | | | | | **$1,059.46** | **$1,059.46** |
| **Net Monthly Cash Flow** | | | | | | | | | | | **$490.54** | **$490.54** |
| **Month Ending Cash on Hand** | | | | | | | | | | | **$490.54** | **$981.08** |

| | 2027 (Jan-Dec) | | 2028 (Jan-Dec) | | 2029 (Jan-Dec) | | 2030 (Jan-Dec) | | 2031 (Jan-Oct) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| **Total Business Income** | $ 495,600.00 | | $ 496,591.20 | | $ 501,557.11 | | $ 502,058.67 | | $ 426,749.87 | | | |
| **Total Business and Personal Expenses Combined** | $ 478,908.00 | | $ 480,344.72 | | $ 485,148.17 | | $ 485,633.32 | | $ 416,835.27 | | | |
| **Net Yearly Income** | $ 16,692.00 | | $ 16,246.48 | | $ 16,408.94 | | $ 16,425.35 | | $ 9,914.60 | | | |
| | | | | | | | | | | | | |
| **Plan Payments** | | | | | | | | | | | | |
| Priority Claim - IRS (monthly) | $ 2,926.80 | | $ 2,926.80 | | $ 2,926.80 | | $ 2,926.80 | | $ 1,219.50 | | | |
| Priority Claim - Hacienda (monthly) | $ 4,926.36 | | $ 4,926.36 | | $ 4,926.36 | | $ 4,926.36 | | $ 2,052.65 | | | |
| Priority Claim - Albandoz (monthly) | $ 860.40 | | $ 860.40 | | $ 860.40 | | $ 860.40 | | $ 358.50 | | | |
| Class 1 - Hacienda | $ - | | $ - | | $ - | | $ - | | $ - | | | |
| Class 2 - General Unsecured Claims | $ 3,999.96 | | $ 3,999.96 | | $ 3,999.96 | | $ 3,999.96 | | $ 3,333.30 | | | |
| Administrative / Professional Fees | $ - | | $ - | | $ - | | $ - | | $ - | | | |
| **Total of Pmts** | **$ 12,713.52** | | **$ 12,713.52** | | **$ 12,713.52** | | **$ 12,713.52** | | **$ 6,963.95** | | | |
| | | | | | | | | | | | | |
| **Net Yearly Cash Flow** | **$ 3,978.48** | | **$ 3,532.96** | | **$ 3,695.42** | | **$ 3,711.83** | | **$ 2,950.65** | | | |
| **Yearly Ending Cash on Hand** | $3,978.48 | | $ 7,511.44 | | $ 11,206.86 | | $ 14,918.69 | | $ 17,869.34 | | | |